William C. **FINNIE** d/b/a The Finnie Group, Plaintiff/Appellant,

v.

**CHEMCO INDUSTRIES, INC.** and Kamal Yadav, Defendants/Respondents.

No. ED 80555.

Missouri Court of Appeals, Eastern District, Division Four.

Sept. 24, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 27, 2002.

Application for Transfer Denied Jan. 28, 2003.

John A. Kilo, Julie Eades, St. Louis, MO, for appellant.

James D. Bass, Clayton, MO, for respondents.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Plaintiff, William Finnie d/b/a The Finnie Group, brought an action for breach of contract, quantum meruit and an accounting. Plaintiff appeals from the trial court's grant of summary judgment in favor of defendants, Chemco Industries, Inc. and Kamal Yadav. No error of law appears and an opinion would have no precedential value. However, the parties have been furnished with a memorandum for their information only setting forth the reasons for this order.

The judgement is affirmed. Rule 84.16(b).